UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 AUG -1  P 1:20



| | |
|---|---|
| MEGHANA BABU ) | |
| ) | CASE NUMBER: |
| PLAINTIFF, ) | |
| ) | **3 0 8 C V 1 1 6 2** JCH |
| V. ) | |
| ) | |
| MIRACLE FINANCIAL INC ) | |
| ) | |
| DEFENDANT, ) | |

July 30, 2008

## COMPLAINT

### NATURE OF ACTION

1. The Plaintiff, Meghana Babu, ("Plaintiff"), brings this action against the Defendant, Miracle Financial Inc., for violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., and the Connecticut Unfair Trade Practices Act (CUTPA), Connecticut General Statute § 42-110a et seq.

### JURISDICTION

2. The court has subject matter jurisdiction in this case pursuant to the FDCPA, 15 U.S.C § 1692k, and 28 U.S.C § 1331 and § 1367.

3. Venue properly lies in this Court pursuant to 29 U.S.C 1391(b)(2).

### PARTIES

4. The Plaintiff is a natural person and a resident of Stamford Connecticut and a "consumer" within the meaning of the FDCPA.

5. The Defendant, Miracle Financial, Inc. is a Massachusetts business Corporation active in Connecticut as a "debt collector" within the meaning of the FDCPA

and is engaged in the business of collecting consumer debts with a principal place of business located at 52 Armstrong Road, Plymouth, MA, 02360.

**FACTS**

6. On or about August 6, 2007, the Defendant sent a debt collection letter (the August 6, 2007 letter) to the Plaintiff demanding the payment of a debt of allegedly owed to Verizon Wireless. A copy of said letter is attached hereto as Exhibit A.

7. On or about October 19, 2007, the Defendant sent another letter to the Plaintiff (the October 19, 2007 letter). A copy of the October 19, 2007 letter is attached hereto as Exhibit B.

**FIRST CAUSE OF ACTION**

8. Each of the above allegations is incorporated herein.

9. In sending the August 6, 2007 letter the Defendant violated the FDCPA in that they:

   a. Falsely represented the character, amount, or legal status of a debt;

   b. Failed to provide the validation notices required by § 1692g of the FDCPA.

10. In sending the October 19, 2007 letter the Defendant violated the FDCPA in that they:

    a. Falsely represented the character, amount, or legal status of any debt;

    b. Threatened to take actions that cannot legally be taken or that is not intended to be taken.

11. As a result of the Defendant's abusive, deceptive and unfair debit collections practices the Plaintiff has been damaged, and is entitle to statutory damages,

costs and attorney's fees.

**SECOND COUNT**

12. The allegations of the First Count are repeated and re-alleged herein.

13. Within three years prior to the date of this action the Defendant committed unfair and/or deceptive practices or practices in connection within the meaning of the Connecticut Unfair Trade Practices Act, Connecticut General Statute §42-110a *et seq.* causing ascertainable loss to the Plaintiff.

**Wherefore**, the Plaintiff respectfully prays that the court grants relief as follows:

1) that judgment be entered against the Defendant for actual damages pursuant to the FDCPA and CUTPA;

2) that judgment be entered against the Defendants were statutory damages pursuant to the FDCPA and CUTPA;

3) that the court award costs and reasonable attorneys fees pursuant to FDCPA and CUTPA; and

4) that the court grant such general and further relief as it may deem just and proper.

THE PLAINTIFF DEMANDS TRIAL BY JURY

                           The Plaintiff, by her Attorney

                           /s/ Joseph P. Sargent
Joseph P. Sargent
1129 Post Rd
Fairfield Ct 06902
CT17779
203 325-2323
F 203 659-7360
josephpsargent@yahoo.com

A

TY6CD836F2

P.O. Box 505
Linden MI 48451-0505
RETURN SERVICE REQUESTED

**Miracle Financial, Inc.**
Phone: (800) 706-5255
Mon-Fri 8:30am - 8pm  Sat 9am - 12pm

August 6, 2007

570832-301 - 002320
Meghana Babu
80 Rippowam Rd
Stamford CT 06902-7437

REMIT TO:
Miracle Financial, Inc.
52 Armstrong Rd
Plymouth MA 02360-4807

*** Please detach and return with your payment ***

301-MIRC1301TY6CDR36F2

Our Client: VERIZON WIRELESS
Client Ref #: 0070058238375200001
Account #: 570832
Principal Balance: $760.04
Collection Fees: $114.00
Total Amount Due: $874.04

Dear: Meghana Babu

Your account for wireless service with VERIZON WIRELESS is severely delinquent and has been placed with our office for debt collection activity.

Please contact us at 1-800-706-5255 should you wish to discuss the debt or make payment.

While the debt may be valid and owing, it may not be enforceable in a court of law because the statute of limitations has expired.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Miracle Financial, Inc. • 52 Armstrong Rd • Plymouth MA 02360 • Phone: (800) 706-5255

Case 3:08-cv-01162-JCH    Document 1    Filed 08/01/2008    Page 7 of 8

TY75C342E3

|||||||||||||||||||||||||||

P.O. Box 505
Linden MI 48451-0505
RETURN SERVICE REQUESTED

**Miracle Financial, Inc.**
Phone: (800) 706-5255
Mon-Fri 8:30am - 8pm  Sat 9am - 12pm

October 19, 2007

570832-102 - 001813
Meghana Babu
80 Rippowam Rd
Stamford CT 06902-7437

||||||||||||||||||||||||||||||||||||||||||

**REMIT TO:**

Miracle Financial, Inc.
52 Armstrong Rd
Plymouth MA 02360-4807

||||||||||||||||||||||||||||||||||||||

**Our Client:** VERIZON WIRELESS
**Client Ref #:** 0070058238375200001
**For:** Cellular Phone Number: 914-420-8766

Account #: 570832
Amount Due Immediately: $874.04

*** Please detach and return with your payment ***

9-MIRC1102TY75C342E3

We have tried to reach you by telephone to discuss your debt in the amount of $874.04 due our client, VERIZON WIRELESS.

You have not paid off this account and you have ignored our previous letter.

We may at our discretion, commence gathering some general information such as employment and asset verification for determining future collection activity and your ability to pay. We would like to extend the opportunity for you to contact us directly at 1-800-706-5255 and discuss voluntary payment of your debt.

We accept all major credit cards, and offer our "Check By Phone" service at no additional charge to expedite payment. To pay using our 24/7 automated payment system call 1-800-706-8636.

Yours truly,

*Mike Burton*
Mike Burton

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

IF YOU WISH TO PAY BY CREDIT CARD, (CIRCLE ONE) FILL
IN THE INFORMATION BELOW AND RETURN THE ENTIRE
LETTER TO US IN THE ENCLOSED ENVELOPE.

      

**Account Number** _____   $ _____
**Card Holder Name** _____   Expire Date _____   Payment Amount
**Signature** _____   Phone Number

Miracle Financial, Inc. • 52 Armstrong Rd • Plymouth MA 02360 • Phone: (800) 706-5255

-508-746-1919   Kim