IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MEGHANA BABU<br>**Plaintiff,** | :<br>:<br>: |
| -v- | :    CIVIL ACTION No. **308CV1162**<br>: |
| MIRACLE FINANCIAL, INC.<br>**Defendant** | :<br>:    NOVEMBER 6, 2008 |

## ANSWER

The Defendant, Miracle Financial, Inc., by and through its undersigned attorneys, and in Answer to the Plaintiff's Complaint, hereby states as follows.

**A. Answer to Allegations of Plaintiff:**

1. The allegations contained in paragraph 1 recite general comments regarding the "Nature" of this action to which no response is required. To the extent one is deemed required, the Defendant denies the allegations contained therein.

2. The allegations contained in paragraph 2 recite general comments regarding the "Jurisdiction" of this action to which no response is required. To the extent one is deemed required, the Defendant denies the allegations contained therein.

3. The allegations contained in paragraph 3 recite general comments regarding the "Venue" of this action to which no response is required. To the extent one is deemed required, the Defendant denies the allegations contained therein.

4.   As to Paragraph 4 of the complaint, the Defendant lacks sufficient knowledge to form a belief as to the facts allege therein, and on that basis, Defendant is unable to admit or deny the allegations and therefore leaves the Plaintiff to its proof.

5.   The Defendant admits that it is a corporate entity, duly authorized to conduct business.  The Defendant further admits that it engages in the general business of debt collection.  The Defendant further admits its principal place of business is 52 Armstrong Road, Plymouth, MA 02360.

6.   The Defendant admits it mailed a letter to the Plaintiff in connection with an overdue Verizon bill.  The Defendant further admits that the letter attached to the complaint as Exhibit A is an accurate copy of a letter sent to Plaintiff.

7.   The Defendant admits it mailed an additional letter to the Plaintiff in connection with an overdue Verizon bill.  The Defendant further admits that the letter attached to the complaint as Exhibit B is an accurate copy of a letter sent to Plaintiff.

8.   The allegations contained in paragraph 8 are references to previous paragraphs of the complaint to which no response is necessary or required.

9.   The allegations in paragraph 9 are denied.

10.  The allegations in paragraph 10 are denied.

11.  The allegations in paragraph 11 are denied.

12.  The allegations contained in paragraph 12 are references to previous paragraphs of the complaint to which no response is necessary or required.

13.  The allegations in paragraph 13 are denied.

### B. Affirmative Defenses of Defendant:

The Defendant claims the following affirmative defenses and all those which may apply as discovery in this cause may reveal.

1. First Affirmative Defense.

The complaint fails to state a claim upon which relief can be granted.

2. Second Affirmative Defense.

The facts of this action demonstrate that the Defendant made a *bona fide* mistake or error and, consequently, has no liability in this claim.

3. Third Affirmative Defense.

The Plaintiff's claims are barred because the Defendant has not engaged in any unlawful or unfair business practices, and the Defendant's conduct was privileged, performed in the exercise of an absolute right, proper and/or justified.

4. Fourth Affirmative Defense.

Plaintiff's claims are barred, in whole or in part, by the economic-loss doctrine.

5. Fifth Affirmative Defense.

Plaintiff's claims under the Connecticut Unfair and Deceptive Trade Practices Act are preempted by Federal law and must be dismissed.

6. Sixth Affirmative Defense.

Plaintiff's actions do not amount to a violation of the Connecticut Unfair and Deceptive Trade Practices Act.

Dated at Fairfield, CT
November 6, 2008

                                        **FOR THE DEFENDANT**
                                        Miracle Financial, Inc.,

                                        John B. Kaiser
                                        Federal Bar Number 23577
                                        **Coles, Baldwin & Kaiser, LLC**
                                        1261 Post Road
                                        Fairfield, CT 06615
                                        Tel: 203.319.0800
                                        Fax: 203.319.1210
                                        Email: JKaiser@cbklaw.net

## CERTIFICATION

     I hereby certify that on the 6th day of November, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                      John B. Kaiser